**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1599**

FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland corporation; SETTLEMENT FUNDING, LLC, d/b/a Peachtree Settlement Funding,

    Plaintiffs - Appellees,

  v.

RAPID SETTLEMENTS, LTD.,

    Defendant – Appellant,

FIDELITY AND GUARANTY ASSIGNMENT CORPORATION,

    Claimant – Appellee,

  and

LUCILLE HARROD; BROOKE SCHUMM, III,

    Defendants.

**No. 08-2303**

FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland corporation; SETTLEMENT FUNDING, LLC, d/b/a Peachtree Settlement Funding,

    Plaintiffs - Appellees,

  v.

RAPID SETTLEMENTS, LTD.,

    Defendant – Appellant,

FIDELITY AND GUARANTY ASSIGNMENT CORPORATION,

             Claimant – Appellee,

        and

LUCILLE HARROD; BROOKE SCHUMM, III,

             Defendants.

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge. (1:05-cv-02732-CCB)

_____

Submitted:  July 20, 2009          Decided:  October 23, 2009

_____

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stewart A. Feldman, THE FELDMAN LAW FIRM, L.L.P., Houston, Texas, for Appellant.  Elyse L. Strickland, SELZER, GURVITCH, RABIN & OBECNY, CHTD., Bethesda, Maryland; H. Mark Stichel, GOHN, HANKEY & STICHEL, L.L.P., Baltimore, Maryland; Stephen H. Kaufman, OFFIT KURMAN, P.A., Owings Mills, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rapid Settlements, Ltd., appeals from the district court's orders enjoining an arbitration proceeding filed by Rapid Settlements, granting summary judgment against Rapid Settlements in this interpleader action, imposing sanctions against Rapid Settlements and its counsel, and denying reconsideration. We have reviewed the record and the briefs filed by the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rapid Settlements, Ltd. v. Settlement Funding, LLC, No. 1:05-cv-02732-CCB (D. Md. Mar. 6, 2007, Sept. 27, 2007, Apr. 15, 2008, and filed Oct. 15, 2008; entered Oct. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED